JS-6 / Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES THORNBERG, | Case No. CV 13-05397 DSF (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| RICHARD B. IVES, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT the pending Petition is dismissed for the reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction.

Dated: September 2, 2013

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY